850

No. 1143. GARDNER, TRUSTEE, v. NEW JERSEY. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *James D. Carpenter, Jr., Howard L. Kern* and *Alexander H. Elder* for petitioner. *Walter D. Van Riper,* Attorney General of New Jersey, and *Benjamin C. Van Tine* for respondent.

No. 634. CRUM v. HUNTER, WARDEN. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.

No. 907. HAMPSON v. SMITH, SUPERINTENDENT. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 957. NORRIS ET AL. v. UNITED STATES. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Bernard A. Golding* for petitioners. Solicitor General *McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1073. DOTSON v. TEXAS. May 20, 1946. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Preston P. Reynolds* for petitioner.

No. 1121. SPENCER v. NEW YORK. May 20, 1946. Petition for writ of certiorari to the Court of General Sessions of the County of New York, New York, denied.